IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EVANSTON INSURANCE COMPANY                                                                PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:06-CV-725-TSL-JSC

ISAAC BYRD, JR., et al.                                                                 DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL**
**WITH PREJUDICE**

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal with Prejudice, and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action by and between the parties, and each of them, are hereby fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 22nd day of January, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/Mark Morrison                             /s/Carlton W. Reeves
Counsel for Evanston                         Counsel for Martin

/s/Gary Thrash                               /s/Suzanne Keys
Counsel for the Boldens                      Counsel for Byrd, et al.